**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN,<br><br>　　　　Plaintiff,<br><br>　　V.<br><br>COUNTY OF SAN BERNARDINO, and DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 5:20-cv-01658 PA (SPx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to stipulation between the parties under F.R. Civ.P. 4l(a), this case is dismissed with prejudice.

DATED: April 30, 2021

_____
Honorable Percy Anderson
UNITED STATES DISTRICT JUDGE